January 20, 1940

No. 4705.—

*Sears, Roebuck & Co. et al.* v. *United States.* Entered at Memphis, Tenn., New Orleans, La., Philadelphia, Pa., Boston, Mass. Reap. Dec. 4695. Motion by plaintiffs.